

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

December 3, 2018



**BY EMAIL**

The Honorable Robert W. Sweet
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *United States v. Allen Knight*, S2 17 Cr. 611 (RWS)

Dear Judge Sweet:

The Government writes to respectfully request that the conference for defendant Allen Knight scheduled for December 7, 2018 be adjourned. The defendant is now scheduled for a change of plea proceeding in Magistrate Court on December 7, 2018, so the conference is no longer necessary.



Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By: /s/
Jordan Estes/Gina Castellano/
Alexandra Rothman
Assistant United States Attorneys
(212) 637-2543/2224/2580

cc: James Neumann (by email)

So ordered
Sweet USDJ
12.4.18